UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

CAMDEN OFFICE
JUDGE EDWARD S. KIEL

FEBRUARY 4, 2025
DATE OF PROCEEDINGS

COURT REPORTER: Ann Marie Mitchell

Docket # 23-cv-02655-ESK-AMD

TITLE OF CASE:
UNITED STATES OF AMERICA
    PLAINTIFF,
        v.

CUMBERLAND COUNTY, *et al.*
    DEFENDANTS.

APPEARANCES:
Junis Lee Ross Baldon, Marlysha Myrthil and Curtis A. Harris, AUSAs for Plaintiff.
Jeff DeLazzero, Esq. for Defendants County.
Christian Batrica, Esq. for Michael L. Testa, Esq. for Defendants Cumberland.

NATURE OF PROCEEDINGS:    STATUS HEARING
Status hearing held re: [21] Letter from Assistant U.S. Attorney.

Time commenced: 4:20 p.m.
Time Adjourned: 5:00 p.m.
Total Time: 40 min.

        s/*GN*
        DEPUTY CLERK