

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Rights Division*

___

VIKAS KHANNA
ACTING UNITED STATES ATTORNEY

*Junis L. Baldon*
*Assistant United States Attorney*

*402 East State Street, Room 430*   *main: (609) 989-2190*
*Trenton, NJ 08608*   *fax: (609) 989-2275*
*junis.baldon2@usdoj.gov*

February 28, 2025

**VIA ELECTRONIC FILING**
District Judge Edward S. Kiel
U.S. District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Courtroom 4D
Camden, New Jersey 08101

     Re: *United States* v. *Cumberland County, New Jersey*, No. 1:23-cv-02655

Dear Judge Kiel:

     In accordance with Paragraphs 88 through 92 of the consent decree, ECF No. 18, and at the request of the monitor, enclosed with this letter is the monitor's third report regarding the Cumberland County Jail's compliance with the decree. The report contains redactions to protect the medial privacy of the individuals interviewed by the monitor.

     After consulting with the monitor, the United States requests that the Court schedule a virtual status conference on one of the following dates: March 31, 2025; April 1, 2025; April 2, 2025; or April 3, 2025.

- 2 -

          Respectfully submitted,

          VIKAS KHANNA
          Acting United States Attorney


          By:  s/Junis L. Baldon
          JUNIS L. BALDON
          Assistant United States Attorney
          Civil Rights Division


cc:  Michael Testa, Sr., Esq. (via ECF)
     Michael Testa, Jr., Esq. (via ECF)
     Jeffrey DiLazzero, Esq. (via email)