

U.S. Department of Justice

United States Attorney
District of New Jersey
*Civil Division*

---

ALINA HABBA
UNITED STATES ATTORNEY

*Junis L. Baldon*
*Assistant United States Attorney*

*402 East State Street, Room 430*   main: *(609) 989-2190*
*Trenton, NJ 08608*   fax: *(609) 989-2275*
[junis.baldon2@usdoj.gov](mailto:junis.baldon2@usdoj.gov)

June 27, 2025

**VIA ELECTRONIC FILING**
District Judge Edward S. Kiel
U.S. District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Courtroom 4D
Camden, New Jersey 08101

Re: *United States* v. *Cumberland County, New Jersey*, No. 1:23-cv-02655

Dear Judge Kiel:

In accordance with Paragraphs 88 through 92 of the consent decree, ECF No. 18, and at the request of the monitoring team, enclosed with this letter is the monitoring team's fourth report regarding Cumberland County Jail's compliance with the decree. The report contains redactions to protect the medical privacy of the individuals interviewed by the monitoring team.

Respectfully submitted,

ALINA HABBA
United States Attorney

By: s/Junis L. Baldon
JUNIS L. BALDON
Assistant United States Attorney
Civil Division

Enclosure

cc:    Counsel of Record (via ECF)
       Jeffrey DiLazzero, Esq. (via email)